Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Suffolk Technologies, LLC v. AOL Inc. and Google Inc.

No. 2013-1392

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

___ Pro Se    _x_ As counsel for: Suffolk Technologies, LLC
                                  Name of party

I am, or the party I represent is (select one):

___ Petitioner    ___ Respondent    ___ Amicus curiae    ___ Cross Appellant

_X_ Appellant    ___ Appellee    ___ Intervenor

As amicus curiae or intervenor, this party supports (select one):

___ Petitioner or appellant    ___ Respondent or appellee

My address and telephone are:

Name: Roderick G. Dorman
Law firm: McKool Smith Hennigan
Address: 865 Figueroa, Suite 2900
City, State and ZIP: Los Angeles, CA  90017
Telephone: 213-694-1200
Fax #: 213-694-1234
E-mail address: rdorman@mckoolsmith.com

Statement to be completed by counsel only (select one):

_X_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

___ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

___ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/11/1992

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

___ Yes    _x_ No

___ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 5/21/2013 | /s/ Roderick G. Dorman |
|---|---|
| Date | Signature of pro se or counsel |

cc: All Counsel of Record