NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUFFOLK TECHNOLOGIES, LLC,**
*Plaintiff-Appellant,*

v.

**AOL INC.,**
*Defendant,*

and

**GOOGLE INC.,**
*Defendant-Appellee.*

---

13-1392

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 12-CV-0625, Judge T. S. Ellis III.

---

ON MOTION

<u>O R D E R</u>

Upon consideration of the appellant Suffolk Technologies, LLC's unopposed motion to extend time to file its principal brief until July 29, 2013,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

June 11, 2013                      /s/ Jan Horbaly
                                   Jan Horbaly
                                   Clerk

cc: Christa M. Anderson
Roderick George Dorman
Daniel Luke Geyser
Steven A. Hirsch
Matthias A. Kamber
Stephen Edward Noona
Craig Crandall Reilly
Joel Lance Thollander
Robert A. Van Nest